UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER MCALLISTER,<br><br>      Plaintiff,<br><br>   - against -<br><br>BRIDGEWATER ASSOCIATES, LP,<br>RAY DALIO, *Individually*, and<br>ANAND MEHTA, *Individually*,<br><br>      Defendants. | No. 12-CV-03002 (NRB)<br><br>**DISCLOSURE STATEMENT**<br>**(FED. R. CIV. P. 7.1)** |

  Defendant Bridgewater Associates, LP, hereby certifies that it is a privately held limited partnership, it does not have any publicly held parent company, and no publicly held company owns more than a 10% interest.

Dated: New York, New York
    July 25, 2012

PAUL HASTINGS LLP

     /s/ Patrick W. Shea
By: Patrick W. Shea

75 East 55th Street
New York, New York 10022
(212) 318-6000
patrickshea@paulhastings.com

*Attorneys for Defendants*
BRIDGEWATER ASSOCIATES, LP,
RAY DALIO, and ANAND MEHTA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER MCALLISTER,

              Plaintiff,

           - against -

BRIDGEWATER ASSOCIATES, LP,
RAY DALIO, *Individually*, and
ANAND MEHTA, *Individually*,

              Defendants.

No. 12-CV-03002 (NRB)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on July 25, 2012, a copy of the foregoing DISCLOSURE STATEMENT FOR BRIDGEWATER ASSOCIATES, LP was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                            /s/ Patrick W. Shea
                                                            Patrick W. Shea