UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| CHRISTOPHER MCALLISTER,<br><br>Plaintiff,<br><br>- against -<br><br>BRIDGEWATER ASSOCIATES, LP,<br>RAY DALIO, *Individually*, and<br>ANAND MEHTA, *Individually*,<br><br>Defendants. | No. 12-CV-03002 (NRB)<br><br>**STIPULATION TO SET<br>BRIEFING SCHEDULE<br>FOR DEFENDANTS'<br><u>MOTION TO DISMISS</u>** |

WHEREAS, on July 12, 2012, the Court granted Defendants leave to file a motion to dismiss the amended complaint in the above-captioned matter;

WHEREAS, the Court directed the parties to agree on a briefing schedule for Defendants' anticipated motion to dismiss;

NOW THEREFORE, the parties hereby stipulate, and respectfully request that the Court approve, the following schedule:

August 10, 2012:    Deadline for Defendants' Motion to Dismiss;

September 7, 2012:  Deadline for Plaintiff's Opposition to Motion to Dismiss;

September 28, 2012: Deadline for Defendants' Reply in Support of Motion to Dismiss.

Dated: July 25, 2012

PAUL HASTINGS LLP

By:  Patrick W. Shea

75 East 55th Street
New York, New York 10022
(212) 318-6000
patrickshea@paulhastings.com

*Attorneys for Defendants*

PHILLIPS & PHILLIPS, PLLC

By: /s/ Jessenia Maldonado

30 Broad Street, 35th Floor
New York, New York 10004
(212) 248-7431
jmaldonado@tpglaws.com

*Attorneys for Plaintiff*

SO ORDERED:

/s/ Naomi Reice Buchwald
Hon. Naomi Reice Buchwald
United States District Judge

July 26, 2012