PATRICK W. SHEA
PAUL HASTINGS LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*
BRIDGEWATER ASSOCIATES, LP,
RAY DALIO, *Individually,*
and ANAND MEHTA, *Individually*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER MCALLISTER,<br><br>      Plaintiff,<br><br>    - against -<br><br>BRIDGEWATER ASSOCIATES, LP,<br>RAY DALIO, *Individually*, and<br>ANAND MEHTA, *Individually*,<br><br>      Defendants. | No. l2-CV-03002 (NRB)<br><br>**NOTICE OF MOTION** |

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Patrick W. Shea, both dated August 14, 2012, and the exhibits attached thereto; and all other pleadings, papers, and proceedings had herein, Defendants Bridgewater Associates, LP, Ray Dalio, and Anand Mehta will move this Court, located at the United States Courthouse, 500 Pearl Street, New York, New York, at such time as the Court may direct, for an Order dismissing Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1), (3) and (6), and granting such other and further relief that the Court deems just and proper.

Dated: New York, New York    PAUL HASTINGS LLP
    August 14, 2012

                 /s/ Patrick W. Shea
              By: Patrick W. Shea

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER MCALLISTER,<br><br>        Plaintiff,<br><br>      - against -<br><br>BRIDGEWATER ASSOCIATES, LP,<br>RAY DALIO, *Individually*, and<br>ANAND MEHTA, *Individually*,<br><br>        Defendants. | No. l2-CV-03002 (NRB)<br><br>**<u>CERTIFICATE OF SERVICE</u>** |

   I hereby certify that on August 14, 2012, a copy of the foregoing NOTICE OF MOTION was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                     /s/ Patrick W. Shea
                     Patrick W. Shea