UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER MCALLISTER,<br><br>     Plaintiff,<br><br>    - against -<br><br>BRIDGEWATER ASSOCIATES, LP,<br>RAY DALIO, *Individually*, and<br>ANAND MEHTA, *Individually*,<br><br>     Defendants. | No. l2-CV-03002 (NRB)<br><br>**DECLARATION OF**<br>**PATRICK W. SHEA** |

I, PATRICK W. SHEA, hereby declare as follows:

1. I am an attorney with the firm of Paul Hastings LLP, counsel for Defendants Bridgewater Associates, LP, Ray Dalio, and Anand Mehta. I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

2. Attached hereto as Exhibit 1 is a true and complete copy of the Charge of Discrimination that Plaintiff Christopher McAllister filed with the Equal Employment Opportunity Commission and the Connecticut Commission on Human Rights & Opportunities, dated May 25, 2010.

3. Attached hereto as Exhibit 2 is a true and complete copy of a letter from Patrick W. Shea to The Hon. Naomi Reice Buchwald, United States District Judge, dated June 21, 2012.

4. Attached hereto as Exhibit 3 is a true and complete copy of a letter from Jessenia Maldonado to The Hon. Naomi Reice Buchwald, United States District Judge, dated June 26, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 14, 2012

        /s/ Patrick W. Shea
Patrick W. Shea

75 East 55th Street
New York, New York 10022
(212) 318-6000
patrickshea@paulhastings.com

*Attorneys for Defendants*
BRIDGEWATER ASSOCIATES, LP,
RAY DALIO, and ANAND MEHTA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER MCALLISTER,<br><br>       Plaintiff,<br><br>  - against -<br><br>BRIDGEWATER ASSOCIATES, LP,<br>RAY DALIO, *Individually*, and<br>ANAND MEHTA, *Individually*,<br><br>       Defendants. | No. l2-CV-03002 (NRB)<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that on August 14, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                  /s/ Patrick W. Shea
                  Patrick W. Shea