# EXHIBIT 3

# PHILLIPS & PHILLIPS

ATTORNEYS AT LAW

30 BROAD STREET, 35TH FLOOR, NEW YORK, NY 10004
TEL: 212-248-7431  FAX: 212-587-4169
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

June 26, 2012

Hon. Judge Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York. New York

Re:  **Christopher McAllister v. Bridgewater Associates LP et al**
     **Case No.: 12-cv-03002 (NRB)**

Dear Judge Buchwald:

We represent the Plaintiff in the above captioned suit and write in response to Defendant's June 21, 2012 letter requesting a pre-motion conference to dismiss the Plaintiff's complaint.

In response to Defendant's pre-motion letter, Plaintiff promptly filed an Amended Complaint, as of right, on June 21, 2012, which now cures all deficiencies cited in Defendant's letter. The Amended Complaint was filed timely, as it was filed within 21 days after service of Defendants' letter requesting a pre-motion conference. Defendants filed their letter on June 21, 2012, and Plaintiff immediately filed her Amended Complaint on June 21, 2012.

Defendant's argue that Venue is improper in the Southern District of New York. In response, the complaint has been amended and Venue is proper in the Southern District of New York, as this is the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. §1391(b).

Additionally, Defendants' request that all claims against Defendant DALIO be dismissed. However, the amended complaint sets forth Defendant DALIO's discriminatory conduct against Plaintiff McALLISTER. *See*, Amended Complaint ¶ 63.

Finally, all causes of action asserted on behalf of Rebel Ely have been discharged from this suit.

As we believe Plaintiff's Amended Complaint moots all issues described in Defendants' pre-motion letter, we assert that a pre-motion conference is no longer required.

Should Your Honor have any questions or concerns relating to this we are available at Your leisure.

Respectfully Submitted,

PHILLIPS & PHILLIPS

By: _____
Jessenia Maldonado (JM 7811)

cc: Patrick Shea (via electronic mail: *patrickshea@paulhastings.com*)