UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Case No.: 12 Civ. 3002 (NRB)
CHRISTOPHER MCALLISTER,

                    Plaintiff,         **NOTICE OF DISMISSAL**

   -against-

BRIDGEWATER ASSOCIATES, LP,
RAY DALIO, *Individually*, and
ANAND MEHTA, *Individually*,

                 Defendants.
------------------------------------------------------------X

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Christopher McAllister hereby dismisses the above action without prejudice as to all parties and without costs to any party.

Dated: New York, New York
         September 10, 2012

                                       PHILLIPS & PHILLIPS, PLLC.

                                       By: _____
                                           Marjorie Mesidor, Esq.
                                           *Attorneys for Plaintiff*
                                           305 Broadway, Suite 1101
                                           New York, New York 10007
                                           (212) 248-7431

To:   Patrick O'Shea, Esq.
       Paul Hastings LLP
       *Attorneys for Defendants*
       75 East 55th Street
       New York, N.Y. 10022